# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARDESICH COMPANY SOUTHGATE,<br>LLC, et al.,<br>    Defendants. | Case No.: 4:11-CV-5451 YGR<br><br>ORDER SETTING COMPLIANCE HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

A hearing regarding the parties' compliance with General Order 56 shall be held on Friday, April 27, 2012, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

No less than five days prior, and consistent with General Order 56: (1) Plaintiff shall file a notice of settlement and dismissal, or an administrative motion to set a case management conference; or (2) the parties shall file a JOINT statement regarding the status of the case. If Plaintiff has filed a notice of settlement or an administrative motion, the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

IT IS SO ORDERED.

January 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**