|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MARDESICH COMPANY SOUTHGATE, LLC, et al.,<br><br>    Defendants. | No: 4:11-CV-05451-YGR<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SIX TO MIDNITE, INC. dba SOUTHGATE LIQUORS <u>ONLY</u>; AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Sydrian Lofton ("Plaintiff") and Defendant Six to Midnite, Inc. dba Southgate Liquors ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Six to Midnite, Inc. dba Southgate Liquors be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

Date: February 9, 2012                                                            MOORE LAW FIRM, P.C.

*Lofton v. Mardesich Company Southgate, LLC, et al.*
Stipulation for Dismissal and Order

Page 1

        /s/ Tanya E. Moore
        Tanya E. Moore
        Attorney for Plaintiff Sydrian Lofton

Date: February 9, 2012        ROPERS, MAJESKI, KOHN &BENTLEY

        /s/ James C. Hyde
        James C. Hyde, Attorneys for
        Defendant Six to Midnite, Inc. dba
        Southgate Liquors

## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Sydrian Lofton and Defendant Six to Midnite, Inc. dba Southgate Liquors shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Sydrian Lofton and Defendant Six to Midnite, Inc. dba Southgate Liquors, the Court shall retain jurisdiction over the Parties for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Six to Midnite, Inc. dba Southgate Liquors is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: February 16, 2012

YVONNE GONZALEZ ROGERS
United States District Court Judge

*Lofton v. Mardesich Company Southgate, LLC, et al.*
Stipulation for Dismissal and Order

Page 2