1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## NORTHERN DISTRICT OF CALIFORNIA

8   SYDRIAN LOFTON,                        ) No:  4:11-CV-05451-YGR
                                           )
9                                          )
               Plaintiff,                  ) **STIPULATION FOR DISMISSAL OF**
10                                         ) **DEFENDANT SIX TO MIDNITE, INC.**
                                           ) **dba SOUTHGATE LIQUORS ONLY;**
11        vs.                              ) **AND ORDER**
     MARDESICH COMPANY SOUTHGATE,          )
12   LLC, et al.,                          )
                                           )
13                                         )
               Defendants.                 )
14   _____      )

15

16        IT IS HEREBY STIPULATED by and between Plaintiff Sydrian Lofton ("Plaintiff")

17   and Defendant Six to Midnite, Inc. dba Southgate Liquors ("Defendant" and together with

18   Plaintiff, the "Parties"), by and through their respective counsel, that pursuant to Federal Rule

19   of Civil Procedure 41(a)(2), Defendant Six to Midnite, Inc. dba Southgate Liquors be dismissed

20   with prejudice from this action.

21        IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been

22   settled as between them and all issues and controversies have been resolved to their mutual

23   satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

24   of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of*

25   *America,* 511 U.S. 375, 381-82 (1994).

///
26   Date: February 9, 2012                    MOORE LAW FIRM, P.C.

27

28

*Lofton v. Mardesich Company Southgate, LLC, et al.*
Stipulation for Dismissal and Order

Page 1

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Sydrian Lofton


Date: February 9, 2012                         ROPERS, MAJESKI, KOHN &BENTLEY

/s/ James C. Hyde
James C. Hyde, Attorneys for
Defendant Six to Midnite, Inc. dba
Southgate Liquors


## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.      Plaintiff Sydrian Lofton and Defendant Six to Midnite, Inc. dba Southgate
Liquors shall comply with the terms of the confidential Settlement Agreement and Release in
Full, the terms of which are incorporated herein by reference.

2.      By consent of Plaintiff Sydrian Lofton and Defendant Six to Midnite, Inc. dba
Southgate Liquors, the Court shall retain jurisdiction over the Parties for the purpose of
enforcing the terms of the settlement agreement.

3.      Except as provided for in paragraphs 1 and 2 above, Six to Midnite, Inc. dba
Southgate Liquors is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: February 16, 2012

YVONNE GONZALEZ ROGERS
United States District Court Judge

*Lofton v. Mardesich Company Southgate, LLC, et al.*
Stipulation for Dismissal and Order