# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MARDESICH COMPANY SOUTHGATE, LLC, et al.,<br><br>    Defendants. | Case No.: 4:11-CV-5451 YGR<br><br>ORDER VACATING AND RESETTING COMPLIANCE HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is informed that the plaintiff has reached a settlement agreement with the remaining defendant in this matter. Based upon that representation, the Court VACATES the compliance hearing currently set for May 11, 2012 and resets the matter for a compliance hearing on Friday, **June 8, 2012,** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

IT IS SO ORDERED.

Date: May 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**