1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Sydrian Lofton

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARDESICH COMPANY SOUTHGATE, LLC, et al.,<br><br>    Defendants. | No: 4:11-CV-05451-YGR<br><br>**STIPULATION FOR DISMISSAL OF RICHARD MICHAEL MOGANNAM DBA ALEXI'S RESTAURANT; [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff Sydrian Lofton ("Plaintiff") and Defendant Richard Michael Mogannam dba Alexi's Restaurant ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Richard Michael Mogannam dba Alexi's Restaurant be dismissed with prejudice from this action.

    IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

| | |
|---|---|
| Date: May 10, 2012 | MOORE LAW FIRM, P.C. |

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Sydrian Lofton

| | |
|---|---|
| Date: May 10, 2012 | LAW OFFICES OF MICHAEL G. ACKERMAN |

/s/ Michael G. Ackerman
Michael G. Ackerman
Attorneys for Defendant Richard Michael
Mogannam dba Alexi's Restaurant

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Sydrian Lofton and Defendant Richard Michael Mogannam dba Alexi's Restaurant shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Sydrian Lofton and Defendant Richard Michael Mogannam dba Alexi's Restaurant, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Richard Michael Mogannam dba Alexi's Restaurant is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated:_____    _____
United States District Court Judge

*Lofton v. Mardesich Company Southgate, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order
Page 2